| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Birotte, Jr, Andre | United States District Court Central District of California | 9/7/2106 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

312 N. Spring Street
Courtroom 4
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate # 1 |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Trustee | Trust #3 |
| 5. Trustee | Trust #4 |
| 6. Trustee | Trust #5 |
| 7. Trustee | Trust#6 |
| 8. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Consulting Fees from Rehabilitation Centers in Los Angeles County |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr, Andre** | 9/7/2106 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds/EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 2. Ameridcan Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 3. American Funds Investment Company of America | A | Dividend | J | T | | | | | |
| 4. AT&T | A | Dividend | J | T | | | | | |
| 5. Columbia Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 6. Columbia Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Prime Capital Reserves | A | Dividend | J | T | | | | | |
| 8. Franklin Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 9. Heartland Select Value Fund | A | Dividend | J | T | | | | | |
| 10. iShares russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 11. iShares russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 12. iShares S&P Mid Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 13. iShares S&P Mid Cap 400 Value ETF | A | Dividend | J | T | | | | | |
| 14. iShares S&P Small Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 15. Janus Fund | A | Dividend | J | T | | | | | |
| 16. Lazard Emerging Markets Equity Portfolio | A | Dividend | J | T | | | | | |
| 17. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Total International Index Fund | A | Dividend | J | T | | | | | |
| 21. iShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 22. PRIME FUND CAPITAL RESERVES CLASS | G | Int./Div. | O | T | | | | | |
| 23. Estate #1 | | | | | | | | | |
| 24. Rental Property (Newark, NJ) | F | Rent | O | W | | | | | |
| 25. -PRIME FUND CAPITAL RESERVES CLASS | | | | | | | | | |
| 26. -EAST BRUNSWICK TWP N J BRD ED SCH BDS 04.25000% 11/01/2017 SER. 2005 | | | | | | | | | |
| 27. -FAIR HAVEN BORO NJ SCH DIST REF SCH BDS 04.00000% 07/15/2016 SER. 200 | | | | | | | | | |
| 28. -FORT LEE N J GEN IMPT REF BDS SER. 04.00000% 02/15/2016 2011 | | | | | | | | | |
| 29. -FREEHOLD TWP N J GO REF BDS SER. 2009 04.00000% 09/15/2016 | | | | | | | | | |
| 30. -HAWORTH BORO N J GEN IMPT BDS 02.00000% 12/15/2015 | | | | | | | | | |
| 31. -LYNDHURST TWP N J GEN IMPT BDS AND WTR 03.00000% 08/15/2016 UTIL BDS | | | | | | | | | |
| 32. -MEDFORD TWP N J BRD ED REF BDS SER. 2006 04.50000% 03/01/2016 | | | | | | | | | |
| 33. -MONMOUTH CNTY NJ IMPT AUTH REV 05.00000% 12/01/2015 GOVERNMENTAL POOL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -MONTCLAIR TWP N J SCH BDS SER. 2006 04.50000% 01/01/2024 | | | | | | | | | |
| 35. -NEW JERSEY ENVIRONMENTAL 05.00000% 09/01/2016 INFRASTRUCTURE TRENVIRO | | | | | | | | | |
| 36. -NEW JERSEY ECONOMIC DEV AUTH REV REF SCH 05.2500% 12/15/2015 FACS CON | | | | | | | | | |
| 37. -NEW JERSEY ST TRANSN TR FD AUTH REF BDS 05.5000% 12/15/2016 SER. 2001 | | | | | | | | | |
| 38. -OCEAN CNTY N J GO REF BDS SER. 2010 04.00000% 08/01/2017 | | | | | | | | | |
| 39. -RINGWOOD N J BRD ED SCH BDS SER. 2011 02.50000% 09/01/2016 | | | | | | | | | |
| 40. -RUMSON-FAIR HAVEN NJ REGL HIGH SCH DIST 02.00000% 02/01/2016 REF BDS | | | | | | | | | |
| 41. -RUTGERS ST UNIV N J GO BDS SER. 2009F 05.00000% 05/01/2016 | | | | | | | | | |
| 42. -SAYREVILLE N J GEN IMPT BDS SER. 2011 02.00000% 12/01/2016 | | | | | | | | | |
| 43. -SOUTH BOUND BROOK NJ SCH DIST SCH REF 03.00000% 12/01/2016 BDS SER. 2 | | | | | | | | | |
| 44. -SOUTH PLAINFIELD NJ SCH DIST REF SCH BDS 05.00000% 07/15/2016 SER. 20 | | | | | | | | | |
| 45. -SUSSEX CNTY NJ COUNTY COLLEGE BDS 02.00000% 01/15/2016 SER. 2012 | | | | | | | | | |
| 46. -SWEDESBORO WOOLWICH NJ CONS SCH DIST GO 04.00000% 02/15/2016 REF SCH | | | | | | | | | |
| 47. -UNION CNTY NJ IMPT AUTH REV REV REF BDS 03.00000% 06/15/2016 CRTN FAC | | | | | | | | | |
| 48. -WATCHUNG HILLS NJ REGL HIGH SCH DIST 04.00000% 01/15/2016 REF SCH BDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -WEST WINDSOR TWP NJ GEN IMPT BDS SER. 03.50000% 11/01/2016 2007 | | | | | | | | | |
| 50. -Trust #1 | D | Int./Div. | P1 | T | | | | | |
| 51. --POWERSHARES DB COMMODITY INDEX TRACKING FD UNIT BEN INT | | | | | | | | | |
| 52. --ISHARES JP MORGAN USD EMERGING MARKETS BOND ETF | | | | | | | | | |
| 53. - - ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 54. - - ISHARES TIPS BOND ETF | | | | | | | | | |
| 55. - - FIDELITY ADVISOR NEW INSIGHTS CL I | | | | | | | | | |
| 56. - - ARTISAN INTERNATL INVESTOR CLASS | | | | | | | | | |
| 57. - - FPA CRESCENT FUND | | | | | | | | | |
| 58. - - LORD ABBETT INTERNAT OPPORTUNITIES FD F | | | | | | | | | |
| 59. - - MAINSTAY HIGH YIELD OPPORTUNITIES CL I | | | | | | | | | |
| 60. --VIRTUS GLOBAL REAL ESTATE SECURITIES I | | | | | | | | | |
| 61. --BEVERLY HILLS CALIF PUB FING AUTH LEASE 04.00% 06/01/2018 REV LEASE | | | | | | | | | |
| 62. --CALIFORNIA INFRASTRUCTURE & 04.50% 07/01/2016 ECONOMIC DEV BK REV F | | | | | | | | | |
| 63. - - CALIFORNIA INFRASTRUCTURE & 02.0% 10/01/2019 ECONOMIC DEV BK REV R | | | | | | | | | |
| 64. - - CALIFORNIA ST GO BDS 05.00% 03/01/2017 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. - - CALIFORNIA ST GO REFUNDING BDS SER. 05.00000% 08/01/2016 2007 | | | | | | | | | |
| 66. - - CALIFORNIA ST GO BDS SER. A 05.00000% 04/01/2016 | | | | | | | | | |
| 67. - -CALIFORNIA ST GO BDS 04.00000% 12/01/2016 | | | | | | | | | |
| 68. - - CALIFORNIA ST VAR PURP GO AND GO REF 05.00000% 09/01/2016 BDS | | | | | | | | | |
| 69. - - CALIFORNIA ST GO BDS 02.00000% 02/01/2018 | | | | | | | | | |
| 70. - -CALIFORNIA ST VARIOUS PURP GO REF 05.000% 02/01/2017 BDS SER. 2012 | | | | | | | | | |
| 71. - -EASTERN MUN WTR DIST CALIF WTR & SWR REV 04.00% 07/01/2017 REF WTR | | | | | | | | | |
| 72. - -LOS ANGELES CALIF DEPT WTR & PWR 04.10% 07/01/2018 WTRWKS REV WTR S | | | | | | | | | |
| 73. - -LOS ANGELES CALIF UNI SCH DIST GO 05.00% 07/01/2016 REFUNDING BDS 2 | | | | | | | | | |
| 74. - -LOS ANGELES CALIF UNI SCH DIST GO BDS 05.00% 07/01/2025 ELECTION OF | | | | | | | | | |
| 75. - -SACRAMENTO CNTY CALIF WTR FING AUTH 05.00% 06/01/2016 REV WTR REV B | | | | | | | | | |
| 76. - - SAN FRANCISCO CALIF CITY &CNTY PUB 05.00% 11/01/2015 UTILS COMMN W | | | | | | | | | |
| 77. - -SAN MATEO CALIF UN HIGH SCH DIST GO BDS 04.00% 09/01/2016 SER. 2008 | | | | | | | | | |
| 78. - -SANTA MONICA CALIF CMNTY COLLEGE DIST 05.00% 08/01/2016 GO BDS SER. | | | | | | | | | |
| 79. - - UNIVERSITY CALIF REVS REV BDS SER. 04.00% 05/15/2016 2009Q | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 80. -Trust #2 | D | Int./Div. | P1 | T | | | | | |
| 81. - - PRIME FUND CAPITAL RESERVES CLASS | | | | | | | | | |
| 82. - - ISHARES MSCI EMERGING MARKETS ETF | | | | | | | | | |
| 83. - - ISHARES MSCI EAFE ETF | | | | | | | | | |
| 84. - - ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 85. - - ISHARES TIPS BOND ETF | | | | | | | | | |
| 86. - -VANGUARD INDEX TR VANGUARD EXTENDED MARKET VIPERS | | | | | | | | | |
| 87. - -ARTISAN INTERNATL INVESTOR CLASS | | | | | | | | | |
| 88. - - FRANKLIN K2 ALTERNAT STRATEGIES ADV | | | | | | | | | |
| 89. - -LORD ABBETT INTERNAT OPPORTUNITIES FD F | | | | | | | | | |
| 90. - - OPPENHEIMER DEV MARKETS FD CLASS Y | | | | | | | | | |
| 91. - - TCW EMERGING MKTS INCOME CL I | | | | | | | | | |
| 92. - - DEUTSCHE GLOBAL INFRASTRU FD -INST | | | | | | | | | |
| 93. - - AMERICAN WASHINGTON MUTUAL INVESTORS F2 | | | | | | | | | |
| 94. - -BEVERLY HILLS CALIF PUB FING AUTH LEASE 05.00% 06/01/2016 REV LEASE | | | | | | | | | |
| 95. - - CALIFORNIA ST GO BDS 05.00% 12/01/2015 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 96. - - CALIFORNIA ST VETERANS GO BDS SER. 02.875% 12/01/2015 CF | | | | | | | | | |
| 97. - -CALIFORNIA ST FOR PREVIOUS ISSUES SEE 05.00% 12/01/2016 13063B GO B | | | | | | | | | |
| 98. - -CALIFORNIA ST DEPT WTR RES PWR SUPPLY 04.00% 05/01/2016 REV REV BDS | | | | | | | | | |
| 99. - - MARIN CALIF CMNTY COLLEGE DIST GO BDS 03.00% 08/01/2017 SER. B | | | | | | | | | |
| 100. - -SAN DIEGO CNTY CALIF WTR AUTH FING AGY 04.00% 05/01/2016 WTR REV WA | | | | | | | | | |
| 101. - -SAN FRANCISCO CALIF CITY & CNTY ARPTS 05.00% 05/01/2016 COMMN INTL | | | | | | | | | |
| 102. - -SAN FRANCISCO CALIF CITY & CNTY UNI SCH 04.00% 06/15/2016 DIST GO B | | | | | | | | | |
| 103. - - SANTA MONICA-MALIBU UNI SCH DIST CALIF 05.25% 08/01/2016 REF G.O. B | | | | | | | | | |
| 104. - - UNIVERSITY CALIF REVS FOR PREVIOUS 05.0% 05/15/2016 ISSUES SEE 914 | | | | | | | | | |
| 105. - Trust #3 | D | Int./Div. | P1 | T | | | | | |
| 106. - - PRIME FUND CAPITAL RESERVES CLASS | | | | | | | | | |
| 107. - - ISHARES MSCI EAFE ETF | | | | | | | | | |
| 108. - -METABOLIX INC COM NEW | | | | | | | | | |
| 109. - - CELGENE CORP CONTIN VAL RTS EXP 12/31/2030 | | | | | | | | | |
| 110. - -ARTISAN INTERNATL INVESTOR CLASS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 111. - -FPA CRESCENT FUND | | | | | | | | | |
| 112. - - DEUTSCHE ENHANCED COMMODITY STRAT FD S | | | | | | | | | |
| 113. - - VIRTUS GLOBAL REAL ESTATE SECURITIES I | | | | | | | | | |
| 114. - - AMERICAN WASHINGTON MUTUAL INVESTORS F2 | | | | | | | | | |
| 115. - - AMG YACKTMAN FUND SERVICE CLASS | | | | | | | | | |
| 116. - -BERKELEY HEIGHTS TWP N J GO IMPT BDS SER. 02.50% 12/01/2017 2009 A | | | | | | | | | |
| 117. - - CHERRY HILL TWP N J GEN IMPT AND SWR 04.0% 05/01/2020 UTIL BDS | | | | | | | | | |
| 118. - -FLORHAM PARK N J BRD ED REF SCH BDS SER. 05.00000% 07/15/2017 2009 | | | | | | | | | |
| 119. - - FRANKLIN LAKES N J BRD ED SCH REF BDS 04.00% 08/01/2017 SER. 2010 | | | | | | | | | |
| 120. - -FRANKLIN TWP SOMERSET CNTY N J 05.00% 08/15/2016 SCH DIST REF BDS S | | | | | | | | | |
| 121. - - HAMMONTON N J REF BDS 03.50000% 07/01/2017 | | | | | | | | | |
| 122. - -HASBROUCK HEIGHTS N J BRD ED SCH DIST 02.00000% 08/15/2016 SCH BDS | | | | | | | | | |
| 123. - -JACKSON TWP N J SCH DIST SCH GO BDS SER. 04.50000% 02/01/2016 2006 | | | | | | | | | |
| 124. - -MERCER CNTY N J IMPT AUTH REV FOR ISSUES 03.00% 11/01/2015 DTD PRIO | | | | | | | | | |
| 125. - -MONMOUTH CNTY N J IMPT AUTH REV 04.00% 12/01/2019 GOVERNMENTAL POOL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. --NEW JERSEY ECONOMIC DEV AUTH REV FOR 04.00% 09/01/2017 ISSUES DTD P | | | | | | | | | |
| 127. -- NEW JERSEY ENVIRONMENTAL 04.0% 09/01/2018 INFRASTRUCTURE TR REF BD | | | | | | | | | |
| 128. --NEW JERSEY ST EDL FACS AUTH REV REV 04.50% 09/01/2019 REF BDS KEAN | | | | | | | | | |
| 129. -- OCEAN CNTY N J GEN IMPT BDS SER. 2008 04.0% 08/01/2018 | | | | | | | | | |
| 130. -- PORT AUTH N Y & N J CONSOLIDATED BDS 04.0% 09/01/2017 154TH SERIES | | | | | | | | | |
| 131. -- PORT AUTH N Y & N J CONS BDS ONE HUNDRED 04.0% 07/15/2019 FORTY SE | | | | | | | | | |
| 132. -- SOUTH BRUNSWICK TWP N J GO REF BDS SER. 02.0% 01/15/2017 2010 | | | | | | | | | |
| 133. -- WOODBRIDGE TWP N J GO REF BDS SER. 2014 01.50% 02/01/2017 | | | | | | | | | |
| 134. - Trust #4 | D | Int./Div. | P1 | T | | | | | |
| 135. -- PRIME FUND CAPITAL RESERVES CLASS | | | | | | | | | |
| 136. -- POWERSHARES DB COMMODITY INDEX TRACKING FD UNIT BEN INT | | | | | | | | | |
| 137. -- ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 138. -- FIDELITY ADVISOR NEW INSIGHTS CL I | | | | | | | | | |
| 139. -- FRANKLIN K2 ALTERNAT STRATEGIES ADV | | | | | | | | | |
| 140. -- GOLDMAN SACHS MULTI-MANAGER ALTRNV INSTL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 141. - - GOLDMAN SACS SMALL/ MID CAP GROWTH I | | | | | | | | | |
| 142. - - LORD ABBETT INTERNAT OPPORTUNITIES FD F | | | | | | | | | |
| 143. - - MAINSTAY HIGH YIELD OPPORTUNITIES CL I | | | | | | | | | |
| 144. - - OPPENHEIMER DEV MARKETS FD CLASS Y | | | | | | | | | |
| 145. - - TCW EMERGING MKTS INCOME CL I | | | | | | | | | |
| 146. - - DEUTSCHE GLOBAL INFRASTRU FD -INST | | | | | | | | | |
| 147. - - VIRTUS GLOBAL REAL ESTATE SECURITIES I | | | | | | | | | |
| 148. - - BERGEN CNTY N J GO BDS SER. 2009A 03.25000% 11/01/2018 | | | | | | | | | |
| 149. - - BURLINGTON CNTY N J BRIDGE COMMN BRIDGE 05.0% 10/01/2017 SYS REV C | | | | | | | | | |
| 150. - - GLOUCESTER CNTY N J G O BDS SER. 2009 B 02.75% 10/15/2016 | | | | | | | | | |
| 151. - - MAPLEWOOD TWP N J GO GEN IMPT BDS 04.125% 08/15/2016 | | | | | | | | | |
| 152. - - MOUNT LAUREL TWP N J BRD ED SCH REF BDS 04.0% 08/01/2018 SER. 2013 | | | | | | | | | |
| 153. - - NEW JERSEY ENVIRONMENTAL 04.0% 09/01/2019 INFRASTRUCTURE TR ENVIRO | | | | | | | | | |
| 154. - -PORT AUTH N Y & N J CONSOLIDATED BDS 04.00% 09/01/2017 154TH SERIES | | | | | | | | | |
| 155. - - SUMMIT N J GENERAL REF BDS 03.00% 05/01/2018 | | | | | | | | | |
| 156. - Trust #5 | D | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 157. - - FIDELITY OH MUNI MONEY MARKET | | | | | | | | | |
| 158. - - ISHARES MSCI EAFE ETF | | | | | | | | | |
| 159. - - ISHARES S&P 500 VALUE ETF | | | | | | | | | |
| 160. - - ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 161. - - ISHARES S&P 500 GROWTH ETF | | | | | | | | | |
| 162. - - ISHARES TIPS BOND ETF | | | | | | | | | |
| 163. - - FIDELITY ADVISOR NEW INSIGHTS CL I | | | | | | | | | |
| 164. - -ARTISAN INTERNATL INVESTOR CLASS | | | | | | | | | |
| 165. - - GOLDMAN SACHS MULTI-MANAGER ALTRNV INSTL | | | | | | | | | |
| 166. - - GOLDMAN SACS SMALL/ MID CAP GROWTH I | | | | | | | | | |
| 167. - - MATTHEWS ASIA FOCUS FUND INSTL | | | | | | | | | |
| 168. - - DEUTSCHE GLOBAL INFRASTRU FD -INST | | | | | | | | | |
| 169. - - AMERICAN WASHINGTON MUTUAL INVESTORS F2 | | | | | | | | | |
| 170. - -CLEARWATER FLA WTR & SWR REV REV REF BDS 03.60% 12/01/2015 SER. 200 | | | | | | | | | |
| 171. - - CONNECTICUT ST GO REF BDS SER. 2014C 03.00% 12/15/2018 | | | | | | | | | |
| 172. - - CONNECTICUT ST GO REF BDS SER. 2014C 02.50% 12/15/2019 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 173. - - FLA WTR POLLUTION CTL FING CORP REV 04.0% 01/15/2017 WTR POLLUTION | | | | | | | | | |
| 174. - -GARDEN CITY N Y UN FREE SCH DIST SCH 03.00% 09/01/2020 DIST BDS SER | | | | | | | | | |
| 175. - - HASBROUCK HEIGHTS N J BRD ED SCH DIST 02.0% 08/15/2016 SCH BDS | | | | | | | | | |
| 176. - - LEE CNTY FLA SCH BRD CTFS PARTN COPS SER. 03.00% 08/01/2016 2012B | | | | | | | | | |
| 177. - -MADISON CNTY MISS GO RD AND BRDG REF BDS 04.375% 05/01/2019 SER.200 | | | | | | | | | |
| 178. - - MARYLAND ST GO BDS SECOND SERIES A 05.0% 08/01/2016 | | | | | | | | | |
| 179. - - MASSACHUSETTS ST GO BDS MASSDIRECT NTS 02.0% 05/01/2018 SER. 4 | | | | | | | | | |
| 180. - - NEW YORK N Y CITY TRANSITIONAL FIN 03.0% 11/01/2018 AUTH REV FUTUR | | | | | | | | | |
| 181. - - NEW YORK N Y CITY TRANSITIONAL FIN 04.0% 07/15/2019 AUTH BLDG AID | | | | | | | | | |
| 182. - -NEW YORK ST HSG FIN AGY ST PERSONAL 04.00% 09/15/2021 INCOME TAX RE | | | | | | | | | |
| 183. - - NORTH CAROLINA INFRASTRUCTURE FIN 05.0% 05/01/2017 CORP CTFS PARTN | | | | | | | | | |
| 184. - - NORWALK CONN REF BDS SER. 2009D 04.0% 07/01/2023 | | | | | | | | | |
| 185. - - OREGON ST DEPT ADMINISTRATIVE SVCS 04.0% 11/01/2018 CTFS PARTN COP | | | | | | | | | |
| 186. - - PORT AUTH N Y & N J CONS BDS ONE HUNDRED 04.0% 07/15/2019 FORTY SE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. - - SOMERS CONN GO REF BDS SER. 2012 02.00% 08/01/2022 | | | | | | | | | |
| 188. - - SOUTH CAROLINA ST GO ST INSTITUTION BDS 04.0% 10/01/2018 LANDER UN | | | | | | | | | |
| 189. - - TRIBOROUGH BRDG & TUNL AUTH N Y REVS 03.0% 11/15/2020 GEN REV BDS | | | | | | | | | |
| 190. - Trust #6 | D | Int./Div. | P1 | T | | | | | |
| 191. - - PRIME FUND CAPITAL RESERVES CLASS | | | | | | | | | |
| 192. - - POWERSHARES DB COMMODITY INDEX TRACKING FD UNIT BEN INT | | | | | | | | | |
| 193. - - ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 194. - - ISHARES TIPS BOND ETF | | | | | | | | | |
| 195. - -FRANKLIN K2 ALTERNAT STRATEGIES ADV | | | | | | | | | |
| 196. - - FPA CRESCENT FUND | | | | | | | | | |
| 197. - - GOLDMAN SACS SMALL/ MID CAP GROWTH I | | | | | | | | | |
| 198. - - LORD ABBETT INTERNAT OPPORTUNITIES FD F | | | | | | | | | |
| 199. - - MAINSTAY HIGH YIELD OPPORTUNITIES CL I | | | | | | | | | |
| 200. - - OPPENHEIMER DEV MARKETS FD CLASS Y | | | | | | | | | |
| 201. - - TCW EMERGING MKTS INCOME CL I | | | | | | | | | |
| 202. - - VIRTUS GLOBAL REAL ESTATE SECURITIES I | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. --BALTIMORE MD PROJ REV PROJ REV BDS 03.00000% 07/01/2018 SER. 2011A | | | | | | | | | |
| 204. --CONN ST HSG FIN AUTH HSG MTG FIN PG HSG 01.35% 11/15/2019 MTG FIN P | | | | | | | | | |
| 205. -- GEORGIA ST GO BDS SER. 2007G 05.0% 12/01/2017 | | | | | | | | | |
| 206. --IRVING TEX WTRWKS & SWR REV REF & 05.25% 08/15/2018 IMPT-NEW LIEN S | | | | | | | | | |
| 207. -- LEE CNTY FLA SCH BRD CTFS PARTN COPS SER. 03.0% 08/01/2016 2012B | | | | | | | | | |
| 208. -- MAINE MUN BD BK REF BK BD SER. 2010C 04.0% 11/01/2017 | | | | | | | | | |
| 209. -- MASSACHUSETTS ST GO BDS MASSDIRECT NTS 02.0% 06/01/2019 SER. 5 | | | | | | | | | |
| 210. -- METROPOLITAN GOVT NASHVILLE & DAVIDSON 05.0% 05/15/2019 CNTY TENN | | | | | | | | | |
| 211. -- NEW YORK N Y GO BDS FISCAL 2008 SER. G 04.0% 08/01/2019 | | | | | | | | | |
| 212. -- PLANO TEX INDPT SCH DIST G O UNLTD TAX 05.0% 02/15/2017 REF BDS SE | | | | | | | | | |
| 213. -- SANTA FE N MEX GROSS RCPTS TAX REV REF 05.0% 06/01/2016 SUB LIEN R | | | | | | | | | |
| 214. -- TEXAS ST GO MOBILITY FUNDS BDS TEXAS 05.0% 04/01/2016 TRANS COMMIS | | | | | | | | | |
| 215. -- VERMONT MUN BD BK REV BDS 2011 SERIES 03.0% 12/01/2019 6 | | | | | | | | | |
| 216. -- WESTPORT CONN GO REF BDS SER. 2006 05.0% 02/01/2018 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. - - WINSTON-SALEM N C WTR & SWR SYS REV 04.0% 06/01/2018 REV BDS SER. | | | | | | | | | |
| 218. - - FEDERAL FARM CR BKS CONS BD 4.375% 08/05/2019 | | | | | | | | | |
| 219. - - FEDERAL FARM CR BKS CONS BD 3.680% 01/12/2016 | | | | | | | | | |
| 220. - - FEDERAL HOME LOAN BANKS 1.750% 09/11/2015 CONS BD | | | | | | | | | |
| 221. - - FEDERAL HOME LOAN BANKS 1.00000% 10/16/2017 CONS BD | | | | | | | | | |
| 222. - - FEDERAL HOME LOAN BANKS 1.53000% 11/21/2019 CONS BD | | | | | | | | | |
| 223. - - FEDERAL HOME LOAN BANKS 1.38500% 12/19/2019 CONS BD | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 9/7/2106 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre Birotte, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544